**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Chad** <br> First name <br> **R** <br> Middle name <br> **Black** <br> Last name and Suffix (Sr., Jr., II, III) | **Tennille** <br> First name <br> **E** <br> Middle name <br> **Black** <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** Include your married or maiden names. |  |  |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7943 | xxx-xx-3770 |

Debtor 1  **Chad R Black**

Debtor 2  **Tennille E Black**

Case number *(if known)* _____

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

**5. Where you live**

**8537 Geddes Loop**
**Orlando, FL 32836**
Number, Street, City, State & ZIP Code

**Orange**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

| Debtor 1 | **Chad R Black** | |
|---|---|---|
| Debtor 2 | **Tennille E Black** | Case number *(if known)* |

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

---

**7.    The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.    How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments.) If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.    Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |
| | District | When | Case number |

---

**10.    Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | Debtor | | Relationship to you | |
|---|---|---|---|---|
| | District | When | Case number, if known | |
| | Debtor | | Relationship to you | |
| | District | When | Case number, if known | |

---

**11.    Do you rent your residence?**

- ☐ No.    Go to line 12.
- ■ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

  - ■    No. Go to line 12.

  - ☐    Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

| Debtor 1 | **Chad R Black** |
|---|---|
| Debtor 2 | **Tennille E Black** |

Case number *(if known)* _____

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

  ☑ No.   Go to Part 4.

  ☐ Yes.   Name and location of business

      _____
      Name of business, if any

      _____

      _____
      Number, Street, City, State & ZIP Code

      *Check the appropriate box to describe your business:*

      ☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

      ☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

      ☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

      ☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

      ☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

  ☑ No.   I am not filing under Chapter 11.

  ☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

  ☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**    **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

  ☑ No.

  ☐ Yes.   What is the hazard? _____

      If immediate attention is needed, why is it needed? _____

      Where is the property? _____

      _____
      Number, Street, City, State & Zip Code

Debtor 1  **Chad R Black**

Debtor 2  **Tennille E Black**

Case number *(if known)*

**Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Chad R Black**

Debtor 2   **Tennille E Black**                                                    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---------|-----------------------------------------------|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

☐ No.   I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---------|------------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Chad R Black**                                   **/s/ Tennille E Black**

**Chad R Black**                                        **Tennille E Black**

Signature of Debtor 1                                   Signature of Debtor 2

Executed on   **June 28, 2017**                          Executed on   **June 28, 2017**

                MM / DD / YYYY                                         MM / DD / YYYY

| Debtor 1 | **Chad R Black** | |
|---|---|---|
| Debtor 2 | **Tennille E Black** | |
| | | Case number *(if known)* |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| **/s/ Michael Anthony Nardella** | Date | **June 28, 2017** |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Michael Anthony Nardella**
Printed name

**Nardella & Nardella, PLLC**
Firm name

**250 East Colonial Drive**
**Suite 102**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

| Contact phone | **407-966-2680** | Email address | **mnardella@nardellalaw.com** |
|---|---|---|---|

**51265**
Bar number & State

---

Certificate Number: 01401-FLM-CC-028918624



01401-FLM-CC-028918624

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 14, 2017</u>, at <u>4:52</u> o'clock <u>PM EDT</u>, <u>Chad R Black</u> received from <u>GreenPath, Inc.,</u> an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Middle District of Florida</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>March 14, 2017</u>          By:     <u>/s/Jeremy  Lark for Terri Charison</u>

Name:   <u>Terri Charison</u>

Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 01401-FLM-CC-028918625



01401-FLM-CC-028918625

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 14, 2017</u>, at <u>4:52</u> o'clock <u>PM EDT</u>, <u>TENNILLE E BLACK</u> received from <u>GreenPath, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Middle District of Florida</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>March 14, 2017</u>                By:     <u>/s/Jeremy  Lark for Terri Charison</u>

Name:   <u>Terri Charison</u>

Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Chad R Black** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tennille E Black** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  |  | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... | $              0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................... | $          68,094.13 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................ | $          68,094.13 |

**Part 2:    Summarize Your Liabilities**

|  |  | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          75,269.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $          216,847.21 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $        1,916,008.41 |
| | **Your total liabilities** | $        2,208,124.62 |

**Part 3:    Summarize Your Income and Expenses**

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $          7,506.93 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.......................................................... | $          9,560.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1    **Chad R Black**
Debtor 2    **Tennille E Black**                                            Case number *(if known)*

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                         $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 216,847.21 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 108,685.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 325,532.21 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Chad R Black** |
| | First Name　　　　　　Middle Name　　　　　　Last Name |
| Debtor 2 | **Tennille E Black** |
| (Spouse, if filing) | First Name　　　　　　Middle Name　　　　　　Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | |

☐ Check if this is an
　 amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

　■ No. Go to Part 2.
　☐ Yes.  Where is the property?

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

　☐ No
　■ Yes

| 3.1 | Make: | **Dodge** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Charger SXT** | ■ Debtor 1 only | |
| | Year: | **2015** | ☐ Debtor 2 only | |
| | Approximate mileage: | **11,485** | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | VIN: 2C3CDXHGXFH801202 | | ☐ Check if this is community property (see instructions) | $17,625.00 / $17,625.00 |

| 3.2 | Make: | **Dodge** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Durango RT** | ■ Debtor 1 only | |
| | Year: | **2015** | ☐ Debtor 2 only | |
| | Approximate mileage: | **14000** | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | VIN: 1C4SDHCT4FC770954 | | ☐ Check if this is community property (see instructions) | $32,650.00 / $32,650.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
　*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

　■ No
　☐ Yes

| Debtor 1 | **Chad R Black** | |
|---|---|---|
| Debtor 2 | **Tennille E Black** | Case number *(if known)* |

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>

| | $50,275.00 |
|---|---|

---

**Part 3:**  Describe Your Personal and  Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
  *Examples:* Major appliances, furniture, linens, china, kitchenware
  ☐ No
  ■ Yes.  Describe.....

| Household furniture and furnishings | $1,585.00 |
|---|---|

7.  **Electronics**
  *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
  ☐ No
  ■ Yes.  Describe.....

| Two computers | $125.00 |
|---|---|

| Five 42" Televisions | $500.00 |
|---|---|

8.  **Collectibles of value**
  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
  ■ No
  ☐ Yes.  Describe.....

9.  **Equipment for sports and hobbies**
  *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
  ■ No
  ☐ Yes.  Describe.....

10.  **Firearms**
  *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
  ■ No
  ☐ Yes.  Describe.....

11.  **Clothes**
  *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
  ☐ No
  ■ Yes.  Describe.....

| Men's and women's clothing | $300.00 |
|---|---|

12.  **Jewelry**
  *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
  ☐ No
  ■ Yes.  Describe.....

| Men's Wedding ring | $150.00 |
|---|---|

| Woman's Wedding ring set | $800.00 |
|---|---|

---

Official Form 106A/B    Schedule A/B: Property    page 2

| Debtor 1 | **Chad R Black** | |
|---|---|---|
| Debtor 2 | **Tennille E Black** | Case number *(if known)* |

| **Costume Jewelry** | $25.00 |
|---|---|

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .........................................................................**   $3,485.00

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**16.  Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes...........................................................................................................

| | **Cash** | $25.00 |
|---|---|---|

**17.  Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................                    Institution name:

| | | Institution name: | |
|---|---|---|---|
| 17.1. | **Money Market** | **USAA Bank**<br>**Account ending: 6927** | $100.58 |
| 17.2. | **Checking** | **USAA**<br>**Account ending: 949-5**<br>**IRS has freeze on account** | $1,000.01 |
| 17.3. | **Checking** | **Regions Bank**<br>**Account ending: 0326** | $23.51 |
| 17.4. | **Checking** | **Regions Bank**<br>**Account ending: 2055** | $26.01 |
| 17.5. | **Checking** | **Navy Federal Credit Union**<br>**Account ending:  6319** | $2,918.90 |
| 17.6. | **Savings** | **Navy Federal Credit Union**<br>**Account ending:  2529** | $50.01 |
| 17.7. | **Savings** | **Regions Bank**<br>**Account ending: 4505** | $6.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor 1 | **Chad R Black** | | |
|---|---|---|---|
| Debtor 2 | **Tennille E Black** | | Case number *(if known)* |

| | | Navy Federal Credit Union | |
|---|---|---|---|
| 17.8. | **Checking** | **Account ending: 6202** | $1,858.13 |

| | | Navy Federal Credit Union | |
|---|---|---|---|
| 17.9. | **Savings** | **Account ending: 3188** | $30.01 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Town Center Family Medicine, LLC** | **99%** | % | $0.00 |
| **Town Center Family Medicine II, LLC** | **99%** | % | $0.00 |
| **MDLT & Consultants of America, Inc.** | **100%** | % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **USAA** | |
| | **Account ending: 6927** | $4,795.97 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ No
    ■ Yes. ....................

| | Institution name or individual: | |
|---|---|---|
| **Rental deposit** | **Security Deposit Held By Landlord Juan Pena** | $3,500.00 |
| | **Subject to setoff** | |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Chad R Black** | | |
|---|---|---|---|
| Debtor 2 | **Tennille E Black** | Case number *(if known)* | |

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No

☐ Yes.  Give specific information about them...

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
  *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No

☐ Yes.  Give specific information about them...

**27.  Licenses, franchises, and other general intangibles**
  *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No

☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**

■ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29.  Family support**
  *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

**30.  Other amounts someone owes you**
  *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
            benefits; unpaid loans you made to someone else

■ No

☐ Yes.  Give specific information..

**31.  Interests in insurance policies**
  *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Term Life Insurance: Mass Mutual Life Insurance Company Policy No.: 2191 Insured: Chad R. Black** | **Tennille E. Black** | **$0.00** |

**32.  Any interest in property that is due you from someone who has died**
  If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
  someone has died.

■ No

☐ Yes.  Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
  *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes.  Describe each claim.........

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes.  Describe each claim.........

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Chad R Black** | | |
|---|---|---|---|
| Debtor 2 | **Tennille E Black** | | Case number *(if known)* |

35. **Any financial assets you did not already list**

■ No

☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................... | **$14,334.13**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** .................................................................................................. | **$0.00**

56. **Part 2: Total vehicles, line 5** | **$50,275.00**

57. **Part 3: Total personal and household items, line 15** | **$3,485.00**

58. **Part 4: Total financial assets, line 36** | **$14,334.13**

59. **Part 5: Total business-related property, line 45** | **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00**

61. **Part 7: Total other property not listed, line 54** | + | **$0.00**

62. **Total personal property. Add lines 56 through 61**... | **$68,094.13** | Copy personal property total | **$68,094.13**

63. **Total of all property on Schedule A/B. Add line 55 + line 62** | **$68,094.13**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Chad R Black** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Tennille E Black** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                          4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Household furniture and furnishings**<br>Line from *Schedule A/B*: **6.1** | $1,585.00 | ■ $1,051.85<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Household furniture and furnishings**<br>Line from *Schedule A/B*: **6.1** | $1,585.00 | ■ $533.15<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **Two computers**<br>Line from *Schedule A/B*: **7.1** | $125.00 | ■ $125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Five 42" Televisions**<br>Line from *Schedule A/B*: **7.2** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Men's and women's clothing**<br>Line from *Schedule A/B*: **11.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Chad R Black** | | |
|---|---|---|---|
| Debtor 2 | **Tennille E Black** | | Case number (if known) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Men's Wedding ring**<br>Line from *Schedule A/B*: **12.1** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Woman's Wedding ring set**<br>Line from *Schedule A/B*: **12.2** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Costume Jewelry**<br>Line from *Schedule A/B*: **12.3** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Money Market: USAA Bank**<br>**Account ending: 6927**<br>Line from *Schedule A/B*: **17.1** | $100.58 | ■ $100.58<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Checking: Regions Bank**<br>**Account ending: 0326**<br>Line from *Schedule A/B*: **17.3** | $23.51 | ■ $23.51<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Checking: Regions Bank**<br>**Account ending: 2055**<br>Line from *Schedule A/B*: **17.4** | $26.01 | ■ $26.01<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Checking: Navy Federal Credit Union**<br>**Account ending:  6319**<br>Line from *Schedule A/B*: **17.5** | $2,918.90 | ■ $2,918.90<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Savings: Navy Federal Credit Union**<br>**Account ending:  2529**<br>Line from *Schedule A/B*: **17.6** | $50.01 | ■ $50.01<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Savings: Regions Bank**<br>**Account ending: 4505**<br>Line from *Schedule A/B*: **17.7** | $6.00 | ■ $6.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Checking: Navy Federal Credit Union**<br>**Account ending: 6202**<br>Line from *Schedule A/B*: **17.8** | $1,858.13 | ■ $1,858.13<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |

| Debtor 1 | **Chad R Black** | |
|---|---|---|
| Debtor 2 | **Tennille E Black** | |
| | | Case number (if known) _____ |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Savings: Navy Federal Credit Union**<br>**Account ending: 3188**<br>Line from *Schedule A/B*: **17.9** | $30.01 | ■ $30.01<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **IRA: USAA**<br>**Account ending: 6927**<br>Line from *Schedule A/B*: **21.1** | $4,795.97 | ■ $4,795.97<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.21(2)** |
| **Term Life Insurance: Mass Mutual**<br>**Life Insurance Company**<br>**Policy No.: 2191**<br>**Insured: Chad R. Black**<br>**Beneficiary: Tennille E. Black**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.14** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Chad R Black** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | **Tennille E Black** |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

<u>Official Form 106D</u>

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| | | $33,330.00 | $17,625.00 | $15,705.00 |

**2.1** | **Compass Bank**

Creditor's Name

**15 20th St S Fl 9**
**Birmingham, AL 35233**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred  **Opened 05/15  Last Active 11/15/16**

Describe the property that secures the claim:

**2015 Dodge  Charger SXT 11,485 miles**
**VIN: 2C3CDXHGXFH801202**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  **6520**

---

**2.2** | **Northwest Federal Credit Un**

Creditor's Name

**200 Springs St**
**Herndon, VA 20170**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

| | $41,939.00 | $32,650.00 | $9,289.00 |

Describe the property that secures the claim:

**2015 Dodge Durango RT 14000 miles**
**VIN: 1C4SDHCT4FC770954**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Chad R Black** | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Tennille E Black** | | | | |
| | First Name | Middle Name | Last Name | | |

☐ **Check if this claim relates to a community debt**        ☐ Other (including a right to offset) _____

| | | **Opened 06/15  Last Active** | | | |
|---|---|---|---|---|---|
| **Date debt was incurred** | **10/26/16** | | **Last 4 digits of account number** | **0001** | |

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$75,269.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$75,269.00** |

**Part 2:**    **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify your case: | |
| --- | --- |
| Debtor 1 | **Chad R Black** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Tennille E Black** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an
    amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**     List All of Your PRIORITY Unsecured Claims

**1.**  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

**2.**  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
| --- | --- | --- | --- | --- | --- |

| 2.1 | **Florida Department of Revenu**<br>Priority Creditor's Name<br>**Collection Agency Solutions**<br>**5050 W. Tennessee St.**<br>**Tallahassee, FL 32399**<br>Number Street City State Zip Code | Last 4 digits of account number **0732** | **$1,847.21** | **$1,847.21** | **$0.00** |

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
**Possible personal guarantee of business debt**
**Town Center Medical**

| Debtor 1 | **Chad R Black** | |
|---|---|---|
| Debtor 2 | **Tennille E Black** | |

Case number (if know) _____

---

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | **7724** | **$215,000.0 0** | **$215,000.00** | **$0.00** |

Priority Creditor's Name
**Central Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?   **03/15/2015**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify   **Federal Income Taxes**
**Town Center Medical**

---

## Part 2:  List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☐ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|---|---|---|---|
| 4.1 | **A.F. Hauser, Inc.** | Last 4 digits of account number   **wn24** | **$3,552.51** |

Nonpriority Creditor's Name
**4401 East U.S. Highway 30**
**Valparaiso, IN 46383-9573**
Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal guarantee of business debt**

---

| Debtor 1 | **Chad R Black** |
|---|---|
| Debtor 2 | **Tennille E Black** |

Case number (if know) _____

---

| 4.2 | **A.R.M. Solutions, Inc.** | Last 4 digits of account number _____ | $490.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Stericylce, Inc.**
**P.O. Box 6582**
**Carol Stream, IL 60197**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Possible personal guarantee of business debt**

---

| 4.3 | **AEON Clinical Laboratories** | Last 4 digits of account number **1508** | $3,487.50 |
|---|---|---|---|

Nonpriority Creditor's Name
**2225 Centennial Dr.**
**Gainesville, GA 30504**

When was the debt incurred? **June 8, 2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Possible personal guarantee of business debt**

---

| 4.4 | **Aes/goal Financial** | Last 4 digits of account number **0001** | $105,685.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 61047**
**Harrisburg, PA 17106**

When was the debt incurred? **Opened 02/05  Last Active 9/30/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

■ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify

**Educational**

---

Debtor 1  **Chad R Black**
Debtor 2  **Tennille E Black**

Case number (if know) _____

---

| 4.5 | **AJ Medical Management, Inc.** | Last 4 digits of account number | **N/A** | $3,000.00 |

Nonpriority Creditor's Name
**1960 N John Young Pkwy**
**Kissimmee, FL 34741**
Number Street City State Zip Code

When was the debt incurred?   **10/1/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal guarantee of business debt Town Center Family Medical**

---

| 4.6 | **AmeriCorp Financial, LLC** | Last 4 digits of account number | | $55,000.00 |

Nonpriority Creditor's Name
**877 S. Adams Rd.**
**Birmingham, MI 48009**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal guarantee of business debt Town Center Family Medical**

---

| 4.7 | **Anda Inc.** | Last 4 digits of account number | **5733** | $3,590.91 |

Nonpriority Creditor's Name
**2915 Weston Rd.**
**Weston, FL 33331**
Number Street City State Zip Code

When was the debt incurred?   **September 2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal guarantee of business debt Town Center Family Medicine, LLC**

---

Debtor 1  **Chad R Black**
Debtor 2  **Tennille E Black**

Case number (*if know*) _____

| 4.8 | **AnswerNet, Inc.** | Last 4 digits of account number | **4426** | $891.53 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1729 W Tilghman St**
**Ste 2**
**Allentown, PA 18104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal guarantee of business debt**
**Town Center Family Medicine**

---

| 4.9 | **Atlus Global Trade Solutions** | Last 4 digits of account number | | $128,219.87 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2400 Veterans Memorial Blvd.**
**#300**
**Kenner, LA 70062**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal guarantee of business debt**

---

| 4.10 | **Avant Credit, Inc** | Last 4 digits of account number | **4646** | $9,259.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**640 N La Salle St**
**Suite 535**
**Chicago, IL 60654**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **Opened 04/15  Last Active 8/01/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Unsecured**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1  **Chad R Black**
Debtor 2  **Tennille E Black**

Case number (*if know*)

---

| 4.1 1 | **Axis Capital/Amure Equip Fin** | Last 4 digits of account number | **2855** | | **$30,580.63** |

Nonpriority Creditor's Name
**308 N. Locust St.**
**#100**
**Grand Island, NE 68801**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal guarantee of business debt**
**Medical Equipment**

---

| 4.1 2 | **Bally's Fitness/Collections** | Last 4 digits of account number | **N/A** | | **$800.00** |

Nonpriority Creditor's Name
**8700 W. BRYN MAWR AVE**
**Chicago, IL 60631**
Number Street City State Zip Code

When was the debt incurred?  **08/13/2001**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Debt**

---

| 4.1 3 | **Banc of California** | Last 4 digits of account number | | | **$45,000.00** |

Nonpriority Creditor's Name
**18500 Von Karman Ave.**
**#1100**
**Irvine, CA 92612**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal guarantee of business debt**

---

Debtor 1   **Chad R Black**
Debtor 2   **Tennille E Black**

Case number (if know) _____

| 4.1 4 | **Bank of America, N.A.** | Last 4 digits of account number _____ | **$10,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**100 N. Tryon St.**
**Charlotte, NC 28255**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Possible personal guarantee of business debt**
**credit card purchases**

---

| 4.1 5 | **Bank of America, N.A.** | Last 4 digits of account number **N/A** | **$425.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**100 N. Tryon St.**
**Charlotte, NC 28255**

When was the debt incurred? **09/1/2012**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Overdraft fees**

---

| 4.1 6 | **Bank of America, N.A.** | Last 4 digits of account number _____ | **$600.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**100 N. Tryon St.**
**Charlotte, NC 28255**

When was the debt incurred? **08/10/2012**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Possible personal guarantee of business debt**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Chad R Black**
Debtor 2  **Tennille E Black**

Case number (if know) _____

| 4.1 7 | **Bankers Healthcare Group, LL** | Last 4 digits of account number _____ | $165,000.00 |

Nonpriority Creditor's Name
**10234 W. State Rd. 84**
**Davie, FL 33324**
Number Street City State ZIp Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify **Personal guarantee of business debt Town Center Family Medicine Foreign Judgment State of New York**

---

| 4.1 8 | **Barbara R. Black** | Last 4 digits of account number _____ | $9,800.00 |

Nonpriority Creditor's Name
**467 Venetian Villa Dr.**
**New Smyrna Beach, FL 32169**
Number Street City State ZIp Code

**When was the debt incurred?**  **2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify **Loan from family member (Mother of Debtor 1)**

---

| 4.1 9 | **BB&T** | Last 4 digits of account number _____ | $400.00 |

Nonpriority Creditor's Name
**200 W. 2nd St.**
**Winston Salem, NC 27101**
Number Street City State ZIp Code

**When was the debt incurred?**  **07/19/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify **Possible personal guarantee of business debt Overdraft fees on Business account - Town Center Family Medicine**

---

Debtor 1    **Chad R Black**
Debtor 2    **Tennille E Black**

Case number (if know) _____

---

| 4.20 | **Besse Medical** | Last 4 digits of account number _____ | $7,000.00 |

Nonpriority Creditor's Name
**9075 Centre Pointe Dr.**
**#140**
**West Chester Township, OH 45069**
Number Street City State Zlp Code

**When was the debt incurred?**    **July 2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal guarantee of business debt**
**Medical Supplies - Town Center Family Medical**
**Claim filed in Osceola Counry Court**

---

| 4.21 | **Best Buy/Chase Bank** | Last 4 digits of account number **3594** | $1,885.16 |

Nonpriority Creditor's Name
**Card Member Services**
**PO Box 94014**
**PALATINE, IL 60094-4014**
Number Street City State Zlp Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

Debtor 1 **Chad R Black**
Debtor 2 **Tennille E Black**                                     Case number (if know) _____

| 4.2 2 | **BFG Corporation d/b/a Byline** | **Last 4 digits of account number** _____ _____ | **$26,063.89** |

Nonpriority Creditor's Name
**2801 Lakeside Drive**
**Suite 212**
**Bannockburn, IL 60015**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guarantee of business debt Lawsuit in the Nineteenth Judicial Circuit, Lake County, IL**

---

| 4.2 3 | **Bryn Mawr Equipment Finance** | **Last 4 digits of account number** _____ _____ | **$5,000.00** |

Nonpriority Creditor's Name
**P.O. Box 692**
**Bryn Mawr, PA 19010**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal guarantee of business debt Town Center Family Medicine, LLC**

| | |
|---|---|
| Debtor 1 **Chad R Black** | |
| Debtor 2 **Tennille E Black** | Case number (if know) _____ |

---

| **4.24** | | | |
|---|---|---|---|
| **Capital One** | Last 4 digits of account number | **4062** | **$10,734.00** |
| Nonpriority Creditor's Name | | | |

**PO Box 30285**
**Salt Lake City, UT 84130**

Number Street City State ZIp Code

When was the debt incurred?     **Opened 06/15  Last Active 7/22/16**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Possible personal guarantee of business debt**
**Credit card purchases - Town Center Family Medicine, LLC**

---

| **4.25** | | | |
|---|---|---|---|
| **Capital One** | Last 4 digits of account number | **8455** | **$4,962.00** |
| Nonpriority Creditor's Name | | | |

**PO Box 30285**
**Salt Lake City, UT 84130**

Number Street City State ZIp Code

When was the debt incurred?     **Opened 06/15  Last Active 12/03/16**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Possible personal guarantee of business debt**
**Credit card purchases - Town Center Family Medicine, LLC**

---

Debtor 1   **Chad R Black**

Debtor 2   **Tennille E Black**

Case number (if know)  _____

---

| 4.2 6 | **Capital One Bank USA NA** | | |

Nonpriority Creditor's Name

**1680 Capital One Dr.**
**Mc Lean, VA 22102**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  _____         **Unknown**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card purchases**
**Small Claim in Hillsborough County Circuit Court**

---

| 4.2 7 | **Chet Moody PA** | | |

Nonpriority Creditor's Name

**37 N. Orange Ave #500**
**Orlando, FL 32801**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  _____         **$3,000.00**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Possible personal guarantee of business debt**

---

| 4.2 8 | **CIT Vendor Finance** | | |

Nonpriority Creditor's Name

**10201 Centurion Pkwy #100**
**Jacksonville, FL 32256**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   3000          **$23,232.54**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Possible personal guarantee of business debt**

---

Debtor 1  **Chad R Black**
Debtor 2  **Tennille E Black**

Case number (if know) _____

---

| 4.2 9 | **Comenity Bank/Victoria Sec** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 182273**
**Columbus, OH 43218-2273**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card purchases**

---

| 4.3 0 | **Commons at Clermont Crossing** | Last 4 digits of account number _____ | **$135,000.00** |

Nonpriority Creditor's Name
**c/o Liberty Universal Mgmt**
**314 E. Anderson St**
**Orlando, FL 32801**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Personal guarantee of business debt Lease for Town Center Family Medicine Contract & Indebtedness Case in Lake County Clerk of Court**

■ Other. Specify

---

Debtor 1  **Chad R Black**
Debtor 2  **Tennille E Black**

Case number (if know) _____

| 4.3 1 | **Dex Media** | Last 4 digits of account number | **C174** | $3,538.39 |

Nonpriority Creditor's Name
**5109 W. Lemon St.**
**Tamoa, FL 33609**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal guarantee of business debt**
**Copying service for Town Center Family Medicine, LLC**

| 4.3 2 | **Dr. Scott Hannum, DO** | Last 4 digits of account number | **N/A** | $3,000.00 |

Nonpriority Creditor's Name
**720 W Oak St.**
**Ste 314**
**Kissimmee, FL 34741**
Number Street City State Zip Code

**When was the debt incurred?** **04/14/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Deductible payment - Medical Service**

| 4.3 3 | **ERC/Enhanced Recovery Corp** | Last 4 digits of account number | **4359** | $148.00 |

Nonpriority Creditor's Name
**8014 Bayberry Rd**
**Jacksonville, FL 32256**
Number Street City State Zip Code

**When was the debt incurred?** **Opened 09/12**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Collection Attorney**
**Original Creditor: Sprint**

Debtor 1  **Chad R Black**
Debtor 2  **Tennille E Black**

Case number (if know) _____

| 4.34 | **Evoke Neuroscience** | Last 4 digits of account number _____ | $29,000.00 |

Nonpriority Creditor's Name
**11 West 25 th St**
**10th Floor**
**New York, NY 10010**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Possible personal guarantee of business debt**

| 4.35 | **First Lease, Inc.** | Last 4 digits of account number **4955** | $35,000.00 |

Nonpriority Creditor's Name
**P.O. Box 57309**
**Philadelphia, PA 19111**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Personal guarantee of business debt**
  **Business loan for Town Center Family Medicine, LLC**
  **Lawsuit filed in Osceola County, FL**

Debtor 1  **Chad R Black**
Debtor 2  **Tennille E Black**                                                    Case number (if know) _____

| 4.3 6 | **Florida Birth Related** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**Neurolgical Injury Comp Assc**
**PO Box 14567**
**Tallahassee, FL 32317-4567**                    **When was the debt incurred?** _____
Number Street City State Zlp Code

**Who incurred the debt?** Check one.                **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**        ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                    ■ Other. Specify  **Medical injury**
☐ Yes                                               **Small Claims in Leon County Circuit Court**

| 4.3 7 | **Frank J. Borgese, Esq.** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**Graham & Borgese, LLP**
**336 Harris Hill Rd**
**First Floor**
**Williamsville, NY 14221**                         **When was the debt incurred?** _____
Number Street City State Zlp Code

**Who incurred the debt?** Check one.                **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**        ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                    **Legal Services**
                                                    **Lawsuit in Supreme Court of State of New**
                                                    **York**
                                                    **Bankers Healthcare Group, inc. vs. In The**
                                                    **Black, MD, Inc., WOwn Center Family**
☐ Yes                                               ■ Other. Specify  **Medical an Chad R. Black**

Debtor 1  **Chad R Black**
Debtor 2  **Tennille E Black**                                    Case number (if know) _____

| 4.3 8 | **Great American Finance** | Last 4 digits of account number _____ | $16,000.00 |

Nonpriority Creditor's Name
**625 1ST ST S.E.**
**#800**
**CEDAR RAPID, IA 52401**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal guarantee of business debt**
**Town Center Family Medical, LLC**

---

| 4.3 9 | **Green Way Health** | Last 4 digits of account number _____ | $30,000.00 |

Nonpriority Creditor's Name
**1 Metroplex Dr.**
**Suite 500**
**Birmingham, AL 35209**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal guarantee of business debt**

---

| 4.4 0 | **Health Central Hospital** | Last 4 digits of account number **N/A** | $2,000.00 |

Nonpriority Creditor's Name
**1414 Kuhl Avve.**
**Orlando, FL 32836**
Number Street City State Zip Code

When was the debt incurred? **05/26/2008**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Services**

---

| Debtor 1 | **Chad R Black** | | |
|---|---|---|---|
| Debtor 2 | **Tennille E Black** | Case number (*if know*) | |

| | | | |
|---|---|---|---|
| **4.4 1** | **Health First Tech Inc** | **Last 4 digits of account number** _____ | **$5,000.00** |
| | Nonpriority Creditor's Name | | |
| | **777 E. WILLIAM ST.** | **When was the debt incurred?** _____ | |
| | **CARSON CITY, NV 89701** | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| | **Who incurred the debt?** Check one. | | |
| | ■ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| | ☐ **Check if this claim is for a community debt** | ☐ Student loans | |
| | **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | | ■ Other. Specify **Possible personal guarantee of business debt** | |
| | ☐ Yes | | |

| | | | |
|---|---|---|---|
| **4.4 2** | **Henry Schein, Inc.** | **Last 4 digits of account number** _____ | **$23,285.39** |
| | Nonpriority Creditor's Name | | |
| | **135 Duryea Rd** | **When was the debt incurred?** **December 2016** | |
| | **Melville, NY 11747** | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| | **Who incurred the debt?** Check one. | | |
| | ☐ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| | ☐ **Check if this claim is for a community debt** | ☐ Student loans | |
| | **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | | ■ Other. Specify **Possible personal guarantee of business debt Default Judgment in Osceola County Circuit Court** | |
| | ☐ Yes | | |

| Debtor 1 | **Chad R Black** | | |
|---|---|---|---|
| Debtor 2 | **Tennille E Black** | Case number *(if know)* | |

| | | | |
|---|---|---|---|
| **4.4 3** | **IBIS Capital Group, LLC** | **Last 4 digits of account number** _____ | **$48,000.00** |

Nonpriority Creditor's Name

**1234 El Camino Real #310**
**San Diego, CA 92130**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Personal guarantee of business debt**
**Business Line of Credit - Town Center**
**Family Medicine, LLC**
**Supreme Court County of Rockalnd: State**
**of NY**

| | | | |
|---|---|---|---|
| **4.4 4** | **James E. Boyle, CPA, LLC** | **Last 4 digits of account number** _____ | **$3,963.03** |

Nonpriority Creditor's Name

**600 Nadina PL**
**Celebration, FL 34747**

Number Street City State Zip Code

**When was the debt incurred?** **03/02/2016**

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Accountancy Fees - Town Center Family**
**Medicine**
**Possible personal guarantee of business**
**debt**

Debtor 1    **Chad R Black**
Debtor 2    **Tennille E Black**                                             Case number *(if know)* _____

| 4.45 | **JSD Managment Inc.** | Last 4 digits of account number _____ | $5,144.67 |

Nonpriority Creditor's Name
**1283 College Oark Dr**
**Dover, DE 19904**

When was the debt incurred? _____

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Possible personal guarantee of business debt**
**Collection agency for Office Depot account**
■ Other. Specify **Town Center Family Medicine**

---

| 4.46 | **Leaf Capital Funding, LLC** | Last 4 digits of account number  **8001** | $7,944.20 |

Nonpriority Creditor's Name
**2005 Market St**
**Philadelphia, PA 19103**

When was the debt incurred? _____

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Possible personal guarantee of business debt**
■ Other. Specify

---

| 4.47 | **Legal Shred, Inc.** | Last 4 digits of account number _____ | $480.00 |

Nonpriority Creditor's Name
**11806 South Hwy US 41**
**Gibsonton, FL 33534**

When was the debt incurred? _____

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Possible personal guarantee of business debt**
■ Other. Specify

---

Debtor 1  **Chad R Black**
Debtor 2  **Tennille E Black**

Case number (*if know*) _____

| | | |
|---|---|---|
| **4.4 8** | **Lending Club Corp** | |

Nonpriority Creditor's Name
**71 Stevenson St**
**Suite 300**
**San Francisco, CA 94105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **7058**                              $9,528.00

When was the debt incurred?    **Opened 04/15  Last Active 5/16/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal guarantee of business debt**

---

| | | |
|---|---|---|
| **4.4 9** | **Lexin Celebration Commercial** | |

Nonpriority Creditor's Name
**654 Madison Av.**
**Suite 2205**
**New York, NY 10065**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____              $195,828.54

When was the debt incurred?    **May 2016**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guarantee of business debt Eviction**

---

| | | |
|---|---|---|
| **4.5 0** | **Lydia Thompson** | |

Nonpriority Creditor's Name
**8762 Pissa Drive**
**Orlando, FL 32810**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____              $6,900.00

When was the debt incurred?    **January 2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Loan from family member.**

---

Debtor 1  **Chad R Black**
Debtor 2  **Tennille E Black**                                        Case number (if know)  _____

| 4.5 1 | **McKesson PSS World Medical** | Last 4 digits of account number _____ | $36,000.00 |

Nonpriority Creditor's Name
**4345 SOUTHPOINT BLVD #110**
**JACKSONVILLE, FL 32216**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a  community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

□ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

**Possible personal guarantee of business debt**
**Medical Supplies Town Center Family Medicine, LLC**

- □ Yes

■ Other. Specify

---

| 4.5 2 | **MediTouch Health Fusion** | Last 4 digits of account number _____ | $3,000.00 |

Nonpriority Creditor's Name
**4075 Sorrento Valley Blv.**
**San Diego, CA 92121**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a  community debt**

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

□ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

**Possible personal guarantee of business debt**

- □ Yes

■ Other. Specify

---

| 4.5 3 | **Medline Industries** | Last 4 digits of account number _____ | $12,000.00 |

Nonpriority Creditor's Name
**10601 South Port Dr.**
**Orlano, FL 32824**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a  community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

□ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

**Possible personal guarantee of business debt**

- □ Yes

■ Other. Specify

---

Debtor 1   **Chad R Black**

Debtor 2   **Tennille E Black**

Case number *(if know)* _____

| 4.5 4 | **Mercedes Medical** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 85001**

**Orlando, FL 32855**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2056**          $198.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Possible personal guarantee of business debt**

**Medical Supply - Town Center Family Medicine, LLC**

■ Other. Specify

---

| 4.5 5 | **Merck Sharp & Dohme Corp** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2000 Galloping Hill Rd**

**Kenilworth, NJ 07033**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **7133**          $5,547.39

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Possible personal guarantee of business debt**

■ Other. Specify

---

| 4.5 6 | **MONI/MONTRONIC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**MONI FUNDING LP**

**DEPARTMENT CH 8628**

**PALATINE, IL 60055-8628**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **N/A**          $1,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card purchases**

---

Debtor 1  **Chad R Black**
Debtor 2  **Tennille E Black**

Case number (if know) _____

---

| 4.57 | **Moore Medical LLC** | Last 4 digits of account number | 5500 | $4,145.47 |

Nonpriority Creditor's Name
**PO Box 99718**
**Chicago, IL 60696**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

- ☐ Yes

- ■ Other. Specify **Possible personal guarantee of business debt**
  **Medical Supply**

---

| 4.58 | **Nextiva** | Last 4 digits of account number | 6418 | $339.83 |

Nonpriority Creditor's Name
**8800 E. Chaparrel Rd.**
**#300**
**Scottsdale, AZ 85250**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

- ☐ Yes

- ■ Other. Specify **Possible personal guarantee of business debt**
  **Business phone system**

---

| 4.59 | **Office Depot Business Manag** | Last 4 digits of account number | 6746 | $0.00 |

Nonpriority Creditor's Name
**6600 N. Military Tr**
**Boca Raton, FL 33496**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

- ☐ Yes

- ■ Other. Specify **Possible personal guarantee of business debt**

---

Debtor 1   **Chad R Black**
Debtor 2   **Tennille E Black**

Case number *(if know)* _____

---

| 4.6 0 | **Onemain Financial/Citifinancial** | Last 4 digits of account number | **2586** | **Unknown** |

Nonpriority Creditor's Name
**6801 Colwell Blvd**
**Ntsb-2320**
**Irving, TX 75039**
Number Street City State Zip Code

When was the debt incurred?   **Opened 12/05  Last Active 5/17/08**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

| 4.6 1 | **Pell Grant / Life University** | Last 4 digits of account number | **N/A** | **$3,000.00** |

Nonpriority Creditor's Name
**U.S. Dept of Education**
**400 Maryland Ave., S.W.**
**Washington, DC 20202**
Number Street City State Zip Code

When was the debt incurred?   **06/12/2002**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Student Loan**
**Paid for Transcripts**

---

| 4.6 2 | **Physicians Practice Solution** | Last 4 digits of account number | | **$330,000.00** |

Nonpriority Creditor's Name
**P.O. Box 100523**
**Florence, SC 29502**
Number Street City State Zip Code

When was the debt incurred?   **09/10/2012**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal guarantee of business debt**
**Town Center Family Medicine, LLC**

---

| Debtor 1 | **Chad R Black** |
|---|---|
| Debtor 2 | **Tennille E Black** |

Case number *(if know)* _____

---

| 4.6 3 | **Preferred Collection & Manag** | Last 4 digits of account number | **2195** | **$61.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1000 N Ashley Dr**
**Ste 600**
**Tampa, FL 33602**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **Opened 05/14**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney**
**Original Creditor: Florida Hospital Medical Group**

---

| 4.6 4 | **Quarterspot, Inc.** | Last 4 digits of account number | | **$66,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**333 7th Avenue**
**Suite 1402**
**New York, NY 10001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal guarantee of business debt**
**Business Loan - Town Center Family Medicine, LLC**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1    **Chad R Black**
Debtor 2    **Tennille E Black**                                                    Case number (if know) _____

| 4.6 5 | **RBC Royal Bank** | **Last 4 digits of account number** _____ | **$38,000.00** |

Nonpriority Creditor's Name
**821 Bloomingdale Ave.**
**Brandon, FL 33511**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Possible personal guarantee of business debt**

---

| 4.6 6 | **Richard Arrowsmith, Trustee** | **Last 4 digits of account number** _____ | **$20,220.00** |

Nonpriority Creditor's Name
**Cullen D. Speckhart, Esq.**
**Wolcott, Rivers, Gates**
**919 E. Main Street, Ste 1040**
**Richmond, VA 23219**
Number Street City State Zip Code

**When was the debt incurred?**    **2013 -2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Recovery of money/property**
**Personal guarantee of business debt**
**Health Diagnostic Laboratory, Inc.**

---

| 4.6 7 | **RLC Funding** | **Last 4 digits of account number** _____ | **$42,652.00** |

Nonpriority Creditor's Name
**111 Executive Center Dr.**
**#102**
**Columbia, SC 29210**
Number Street City State Zip Code

**When was the debt incurred?**    **8-16-2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Personal guarantee of business debt**

---

Debtor 1    **Chad R Black**
Debtor 2    **Tennille E Black**

Case number *(if know)* _____

| 4.6 8 | **Rooms to Go/ Synchrony Bank** | Last 4 digits of account number | **4403** | **$1,043.31** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Synchrony Bank**
**P.O. BOX 105972**
**Atlanta, GA 30348-5972**
Number Street City State ZIp Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?

Date Opened:  Last Used:
**06/1/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

| 4.6 9 | **Sam's Club/ Synchrony Bank** | Last 4 digits of account number | | **$494.98** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. BOX 105972**
**Atlanta, GA 30353**
Number Street City State ZIp Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

| 4.7 0 | **Saturn Funding, LLC** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**333 7th Avenue Fl 3**
**New York, NY 10001**
Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Personal guarantee of business debt Judgment - Supreme Court of State of New York**
■ Other. Specify

---

Debtor 1    **Chad R Black**
Debtor 2    **Tennille E Black**                                   Case number (if know) _____

| 4.7 1 | **Sears Dept Store** | Last 4 digits of account number | **N/A** | $2,000.00 |

Nonpriority Creditor's Name

**P.O. Box 9001055
Louisville, KY 40290**

When was the debt incurred?    **Date Opened: 04/6/1996 Last Used: 05/12/2006**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.7 2 | **Sears Mastercard** | Last 4 digits of account number | **N/A** | $5,000.00 |

Nonpriority Creditor's Name

**P.O. Box 9001055
Louisville, KY 40290**

When was the debt incurred?    **Date Opened: 04/5/1994 Last Used: 05/13/2008**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.7 3 | **Smart City** | Last 4 digits of account number | | $4,000.00 |

Nonpriority Creditor's Name

**3100 Bonnet Creek Rd
Lake Nuena Vista, FL 32830**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Possible personal guarantee of business debt
Internet company**

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor 1    **Chad R Black**
Debtor 2    **Tennille E Black**

Case number (if know) _____

---

| 4.7 4 | **Sofi Lending Corp** | Last 4 digits of account number | **4710** | **$14,075.00** |

Nonpriority Creditor's Name

**375 Healdsburg Ave Ste 280**
**Healdsburg, CA 95448**

Number Street City State Zip Code

When was the debt incurred?    **Opened 05/15  Last Active 5/01/16**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Possible personal guarantee of business debt**

---

| 4.7 5 | **Stearns Bank** | Last 4 digits of account number | | **$35,000.00** |

Nonpriority Creditor's Name

**4191 2nd St. S.**
**Saint Cloud, MN 56301**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Possible personal guarantee of business debt**

---

| 4.7 6 | **Stericycle, Inc.** | Last 4 digits of account number | **4861** | **$175.00** |

Nonpriority Creditor's Name

**PO Box 6582**
**Carol Stream, IL 60197-6582**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Possible personal guarantee of business debt**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1  **Chad R Black**
Debtor 2  **Tennille E Black**

Case number (if know) _____

| 4.77 | **SunTrust Bank** | Last 4 digits of account number | **3016** | **$9,435.00** |

Nonpriority Creditor's Name
**P.O. Box 85024**
**Richmond, VA 23285-5024**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Possible personal guarantee of business debt Business credit card charges**

---

| 4.78 | **Suntrust Bank** | Last 4 digits of account number | | **$3,547.37** |

Nonpriority Creditor's Name
**P.O. Box 85024**
**Richmond, VA 23285-5024**
Number Street City State Zip Code

**When was the debt incurred?** **02/12/2014**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Bank Service Charges Business account for Town Center Famoily Medicine, LLC**

---

| 4.79 | **SunTrust Bank** | Last 4 digits of account number | **2299** | **$9,429.45** |

Nonpriority Creditor's Name
**P.O. Box 85024**
**Richmond, VA 23285-5024**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Possible personal guarantee of business debt Business Credit Card purchases**

---

Debtor 1   **Chad R Black**

Debtor 2   **Tennille E Black**
_____

Case number (if know) _____

---

| 4.8 0 | **Suntrust Bank** | Last 4 digits of account number | **3260** | **$3,899.55** |

Nonpriority Creditor's Name

**CARDMEMBER SERVICES**
**P.O. Box 85024**
**Richmond, VA 23285-5024**
Number Street City State ZIp Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No

☐ Yes

■ Other. Specify   **Possible personal guarantee of business debt**
**Business Credit Card Purchases**

---

| 4.8 1 | **SynAllergy** | Last 4 digits of account number | | **$21,800.00** |

Nonpriority Creditor's Name

**5174 McGinnis Ferry Rd**
**Ste 114**
**Alpharetta, GA 30005**
Number Street City State ZIp Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No

☐ Yes

■ Other. Specify   **Possible personal guarantee of business debt**

---

| 4.8 2 | **Syncb/Rooms To Go** | Last 4 digits of account number | **4403** | **$965.00** |

Nonpriority Creditor's Name

**PO Box 965064**
**Orlando, FL 32896**
Number Street City State ZIp Code

When was the debt incurred?   **Opened 07/12  Last Active 1/12/17**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No

☐ Yes

■ Other. Specify   **Charge Account**

---

Debtor 1  **Chad R Black**
Debtor 2  **Tennille E Black**

Case number (if know) _____

| 4.8 3 | **Synchrony Bank/JC Penneys** | Last 4 digits of account number | **N/A** | **Unknown** |

Nonpriority Creditor's Name

**P.O. BOX 965064
ORLANDO, FL 32896**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?  **Date Opened: 01/12/1995 Last Used: 07/10/2006**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card purchases**

---

| 4.8 4 | **Synchrony Bank/Sams** | Last 4 digits of account number | **5142** | **$1,718.00** |

Nonpriority Creditor's Name

**PO Box 965060
Orlando, FL 32896**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?  **Opened 01/11  Last Active 12/18/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge Account**

---

| 4.8 5 | **US Teleradiology, LLC** | Last 4 digits of account number | | **$3,000.00** |

Nonpriority Creditor's Name

**3520 Peidmont Rd. N.E.
#250
Atlanta, GA 30305**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal guarantee of business debt**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1   **Chad R Black**
Debtor 2   **Tennille E Black**

Case number *(if know)* _____

| 4.8 6 | **USAA Savings Bank** | Last 4 digits of account number | **8397** | **$10,219.49** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**10750 McDermott Freeway**
**San Antonio, TX 78288**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?     Date Opened:  Last Used:
**09/16/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

| 4.8 7 | **Verathon** | Last 4 digits of account number | | **$222.81** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 935117**
**Atlanta, GA 31193**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal guarantee of business debt**

---

| 4.8 8 | **Vericore/Merry X-Rays** | Last 4 digits of account number | | **$8,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**4444 Viewridge AVE.  #A**
**San Diego, CA 92123**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal guarantee of business debt**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor 1 **Chad R Black**

Debtor 2 **Tennille E Black**

Case number (if know) _____

---

| 4.8 9 | **Victoria Secrets** | Last 4 digits of account number | **N/A** | **$400.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 659728**
**San Antonia, TX 78254**

Number Street City State ZIp Code

When was the debt incurred? **Date Opened: 06/1/2004 Last Used: 07/14/2008**

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Credit card purchases**

---

| 4.9 0 | **Walmart Mastercard** | Last 4 digits of account number | **N/A** | **$2,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 530927**
**Atlanta, GA 30353**

Number Street City State ZIp Code

When was the debt incurred? **Date Opened: 07/12/2007 Last Used: 10/1/2007**

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Credit card purchases**

---

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Alison Verges Walters, Esq.** **Kelley Kronenberg** **1511 N. Westshore Blvd.** **Auite 400** **Tampa, FL 33607** | Line **4.35** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Ashen I Faulkner** **217 N. Jefferson** **Suite 601** **Chicago, IL 60661** | Line **4.22** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Associated Credit Services Inc** **P.O. Box 5171** **Westborough, MA 01581-5171** | Line **4.78** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Chad R Black** | | |
|---|---|---|---|
| Debtor 2 | **Tennille E Black** | | |

Case number (*if know*)

**5698**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Atlus GTS, Inc.**<br>**2400 Vererans Memorial Blvd.**<br>**Ste 300**<br>**Kenner, LA 70062** | Line **4.1** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **0636** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bush Ross, P.A.**<br>**PO Box 3913**<br>**Tampa, FL 33601-3913** | Line **4.14** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Chase Weiss & Kehoe**<br>**190 Moore Street**<br>**Ste 203**<br>**Hackensack, NJ, NJ 07601** | Line **4.46** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **8001** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Christopher J. Cali, Edq.**<br>**201 Solar St.**<br>**Syracuse, NY 13204** | Line **4.17** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Collection Bureau Ft Walt**<br>**PO Box 4127**<br>**Fort Walton Beach, FL 32547** | Line **4.32** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **DAVID SCOTT/ JSD**<br>**6600 N. MILITARY TRAIL**<br>**MAIL CODE 4S415K**<br>**BOCA RATON, FL, FL 33496** | Line **4.45** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **6746** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Delta Managment Group**<br>**2499 Rice St.**<br>**Suite 245**<br>**St. Paul, MN 55113** | Line **4.11** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **5001** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Florida Dept of Revenue**<br>**Collection Agency Section**<br>**5050 W. Tennesse St.**<br>**Tallahassee, FL 32399** | Line **2.1** of (*Check one*):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **2936** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Greenberg, Grant & Richards**<br>**5858 Westheimer Rd.**<br>**Suite 500**<br>**Houston, TX 77057** | Line **4.8** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **8510** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Health Diagnostic Laboratory**<br>**c/o Wolcott Rivers Gates**<br>**Attn Cullen Speckhart**<br>**200 Bendix Rd, Ste 300** | Line **4.66** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

---

Debtor 1  **Chad R Black**
Debtor 2  **Tennille E Black**

Case number (if know) _____

**Virginia Beach, VA 23450**

Last 4 digits of account number          **2919**

---

Name and Address
**Heidi Hebden, Esq.**
**225 S. Westmonte Dr.**
**Suite 1160**
**Altamonte Springs, FL 32714**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.30** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Israel Weinstein, Esq.**
**P.O. Box 670988**
**Flushing, NY 11367**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.70** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Kevin M. Murtha**
**7531 Office Park Place**
**Melbourne, FL 32940**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**McCarthy, Burgess & Wolf**
**The MB&W Building**
**26000 Cannon Rd.**
**Cleveland, OH 44146**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.28** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0245**

---

Name and Address
**Megan F. Fry, Esq**
**Clark Partington**
**P.O. Box 13010**
**Pensacola, FL 32591-3010**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Michael A. Alao, Esq.**
**Hopping Gree & Sams, P.A.**
**Post Office Box 6526**
**Tallahassee, FL 32314**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.49** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**PSI Prestige Services, Inc.**
**Collection Dept**
**21214 Schofield Dr.**
**Gretna, NE 68028**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.81** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Regional Adjustment Bureau**
**7130 Goodlett Farms Pkwy**
**#103**
**PO Box 34**
**Memphis, TN 38184**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.79** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **3990**

---

Name and Address
**Regional Adjustment Bureau**
**7130 Goodlett Farms Pkwy**
**#103**
**PO Box 34**
**Memphis, TN 38184**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.80** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0127**

---

Name and Address
**Shirey Krieger**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.31** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims

---

Debtor 1 **Chad R Black**
Debtor 2 **Tennille E Black**

Case number (if know) _____

| | |
|---|---|
| **Dex Imaging Collections**<br>**5109 W. LEMON ST.**<br>**TAMPA, FL 33609** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **C174** |

| | |
|---|---|
| Name and Address<br>**Sofi Lending Corp**<br>**Zenker & Assoc, PC**<br>**80 Minuteman Rd**<br>**Andover, MA 01810** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.74** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**The Noa Law Firm, PA**<br>**P.O. Box 941958**<br>**Miami, FL 33194** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.70** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**USAA Savings Bank**<br>**PO Box 47504**<br>**San Antonio, TX 78265** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.86** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**William M. Lindeman, P.A.**<br>**P.O. Box 3506**<br>**Orlando, FL 32802-3506** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.42** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**William M. Lindeman, P.A.**<br>**P.O. Box 3506**<br>**Orlando, FL 32802** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.70** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**William M. Stein**<br>**Stein & Stein, LLP**<br>**PO Box 30**<br>**One Railroad Sq**<br>**Haverstraw, NY 10927** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.43** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | **Total Claim** |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $          0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $    216,847.21 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $          0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $          0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $    216,847.21 |

|  |  |  |  | **Total Claim** |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $    108,685.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $          0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $          0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $  1,807,323.41 |

Debtor 1  **Chad R Black**
Debtor 2  **Tennille E Black**

Case number (if know) _____

6j.   **Total Nonpriority.** Add lines 6f through 6i.

6j.   $ _____ **1,916,008.41**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Chad R Black** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Tennille E Black** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Mr. and Mrs. Juan Pena**<br>**16695 Broadwater Ave**<br>**Winter Garden, FL 34787** | **Lessee of residential property. Lease commenced on June 7, 2016 and expires on June 30, 2018.** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Chad R Black** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | **Tennille E Black** |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 106H
## Schedule H: Your Codebtors
**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

| 3.1 | **Town Center Urgent Care, LL** <br> **610 Sycamore St.** <br> **Suite 130** <br> **Celebration, FL 34747** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.42__ <br> ☐ Schedule G _____ <br> **Henry Schein, Inc.** |
|---|---|---|
| 3.2 | **In the Black MD, Inc** <br> **610 Sycamore St** <br> **Suite 130** <br> **Kissimmee, FL 34747** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.35__ <br> ☐ Schedule G _____ <br> **First Lease, Inc.** |
| 3.3 | **In the Black MD, Inc** <br> **610 Sycamore St** <br> **Suite 130** <br> **Kissimmee, FL 34747** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.22__ <br> ☐ Schedule G _____ <br> **BFG Corporation d/b/a Byline** |

| Debtor 1 | **Chad R Black**<br>**Tennille E Black** | Case number *(if known)* |
|---|---|---|

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.4 **In the Black MD, Inc**
**610 Sycamore St**
**Suite 130**
**Kissimmee, FL 34747**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.70**___
☐ Schedule G _____
**Saturn Funding, LLC**

3.5 **In the Black MD, Inc**
**610 Sycamore St**
**Suite 130**
**Kissimmee, FL 34747**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.67**___
☐ Schedule G _____
**RLC Funding**

3.6 **In The Black, MD, Inc.**
**610 Sycamore St.**
**Suite 130**
**Kissimmee, FL 34747**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.11**___
☐ Schedule G _____
**Axis Capital/Amure Equip Fin**

3.7 **Town Center Family Medical**
**610 Sycamore St**
**Suite 130**
**Kissimmee, FL 34747**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.49**___
☐ Schedule G _____
**Lexin Celebration Commercial**

3.8 **Town Center Family Medical**
**610 Sycamore St**
**Suite 130**
**Kissimmee, FL 34747**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.43**___
☐ Schedule G _____
**IBIS Capital Group, LLC**

3.9 **Town Center Family Medical**
**610 Sycamore St**
**Suite 130**
**Kissimmee, FL 34747**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.17**___
☐ Schedule G _____
**Bankers Healthcare Group, LL**

Debtor 1    **Chad R Black**
          **Tennille E Black**                                 Case number *(if known)* _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10   **Town Center Family Medical<br>610 Sycamore St<br>Suite 130<br>Kissimmee, FL 34747** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.20**___<br>☐ Schedule G _____<br>**Besse Medical** |
| 3.11   **Town Center Family Medical<br>610 Sycamore St<br>Suite 130<br>Kissimmee, FL 34747** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.30**___<br>☐ Schedule G _____<br>**Commons at Clermont Crossing** |
| 3.12   **Town Center Family Medical<br>610 Sycamore St<br>Suite 130<br>Kissimmee, FL 34747** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.5**___<br>☐ Schedule G _____<br>**AJ Medical Management, Inc.** |
| 3.13   **Town Center Family Medical<br>610 Sycamore St<br>Suite 130<br>Kissimmee, FL 34747** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.6**___<br>☐ Schedule G _____<br>**AmeriCorp Financial, LLC** |
| 3.14   **Town Center Family Medical<br>610 Sycamore St<br>Suite 130<br>Kissimmee, FL 34747** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.8**___<br>☐ Schedule G _____<br>**AnswerNet, Inc.** |
| 3.15   **Town Center Family Medical<br>610 Sycamore St<br>Suite 130<br>Kissimmee, FL 34747** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.25**___<br>☐ Schedule G _____<br>**Capital One** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                       Best Case Bankruptcy

Debtor 1  **Chad R Black**
**Tennille E Black**

Case number *(if known)* _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.16  **Town Center Family Medical**
**610 Sycamore St**
**Suite 130**
**Kissimmee, FL 34747**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.9___
☐ Schedule G _____
**Atlus Global Trade Solutions**

3.17  **Town Center Family Medical**
**610 Sycamore St**
**Suite 130**
**Kissimmee, FL 34747**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.19___
☐ Schedule G _____
**BB&T**

3.18  **Town Center Family Medical**
**610 Sycamore St**
**Suite 130**
**Kissimmee, FL 34747**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.23___
☐ Schedule G _____
**Bryn Mawr Equipment Finance**

3.19  **Town Center Family Medical**
**610 Sycamore St**
**Suite 130**
**Kissimmee, FL 34747**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.24___
☐ Schedule G _____
**Capital One**

3.20  **Town Center Family Medicine**
**610 Sycamore St**
**Suite 130**
**Kissimmee, FL 34747**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.42___
☐ Schedule G _____
**Henry Schein, Inc.**

3.21  **Town Center Family Medicine**
**610 Sycamore St**
**Suite 130**
**Kissimmee, FL 34747**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.66___
☐ Schedule G _____
**Richard Arrowsmith, Trustee**

Debtor 1    **Chad R Black**
**Tennille E Black**

Case number *(if known)* _____

---

| | Additional Page to List More Codebtors |
|---|---|
| | *Column 1:* **Your codebtor** |

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.22    **Town Center Family Medicine**
**610 Sycamore St**
**Suite 130**
**Kissimmee, FL 34747**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.7___
☐ Schedule G _____
**Anda Inc.**

---

3.23    **Town Center Family Medicine**
**610 Sycamore St.**
**Ste 30**
**Kissimmee, FL 34747-4984**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.78___
☐ Schedule G _____
**Suntrust Bank**

---

3.24    **Town Center Family Medicine**
**610 Sycamore St**
**Ste 130**
**Kissimmee, FL 34747**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.3___
☐ Schedule G _____
**AEON Clinical Laboratories**

---

3.25    **Town Center Family Medicine**
**610 Sycamore St**
**Suite 130**
**Celebration, FL 34747**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.1___
☐ Schedule G _____
**A.F. Hauser, Inc.**

---

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Chad R Black** |
| Debtor 2 (Spouse, if filing) | **Tennille E Black** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed <br> ☐ Not employed | ■ Employed <br> ☐ Not employed |
| Occupation | **Physician** | **Office Manager** |
| Employer's name | **MDLT & Consultants of America** | **MDLT & Consultants of America** |
| Employer's address | **8537 Geddes Loop Orlando, FL 32836** | **8537 Geddes Loop Orlando, FL 32836** |
| How long employed there? | **0 Years, 4 Months** | **0 Years, 4 Months** |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **4,166.65** | $ **4,166.65** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ **4,166.65** | $ **4,166.65** |

Debtor 1  **Chad R Black**
Debtor 2  **Tennille E Black**                                                    Case number (*if known*) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $  **4,166.65** | $  **4,166.65** |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $  **606.02** | $  **606.02** |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $  **0.00** | $  **0.00** |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $  **0.00** | $  **0.00** |
| 5d. **Required repayments of retirement fund loans** | 5d. | $  **0.00** | $  **0.00** |
| 5e. **Insurance** | 5e. | $  **0.00** | $  **0.00** |
| 5f. **Domestic support obligations** | 5f. | $  **0.00** | $  **0.00** |
| 5g. **Union dues** | 5g. | $  **0.00** | $  **0.00** |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $  **0.00** + | $  **0.00** |
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $  **606.02** | $  **606.02** |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $  **3,560.63** | $  **3,560.63** |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $  **0.00** | $  **0.00** |
| 8b. **Interest and dividends** | 8b. | $  **0.00** | $  **0.00** |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $  **0.00** | $  **385.67** |
| 8d. **Unemployment compensation** | 8d. | $  **0.00** | $  **0.00** |
| 8e. **Social Security** | 8e. | $  **0.00** | $  **0.00** |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $  **0.00** | $  **0.00** |
| 8g. **Pension or retirement income** | 8g. | $  **0.00** | $  **0.00** |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | $  **0.00** + | $  **0.00** |
| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $  **0.00** | $  **385.67** |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

| | 10. | $  **3,560.63** + | $  **3,946.30** = | $  **7,506.93** |
|---|---|---|---|---|

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11. +$        **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.  $        **7,506.93**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐  No.
■  Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Chad R Black** |
| Debtor 2 (Spouse, if filing) | **Tennille E Black** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**     ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ■ Yes.  Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **Daughter** | | ☐ No  ■ Yes |
   | **Son** | | ☐ No  ■ Yes |
   | **Daughter** | | ☐ No  ■ Yes |
   | **Son** | | ☐ No  ■ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**     ■ No     ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 3,500.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 66.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Debtor 1  **Chad R Black**
Debtor 2  **Tennille E Black**  Case number (if known)  _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | 300.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 100.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 300.00 |
| | 6d. Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 1,560.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 940.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 200.00 |
| 10. | **Personal care products and services** | 10. | $ | 300.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 60.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 400.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 50.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 425.00 |
| | 15b. Health insurance | 15b. | $ | 0.00 |
| | 15c. Vehicle insurance | 15c. | $ | 171.00 |
| | 15d. Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 435.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 653.00 |
| | 17c. Other. Specify: | 17c. | $ | 0.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | 21. | +$ | 0.00 |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 9,560.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 9,560.00 |

| | | | | |
|---|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 7,506.93 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 9,560.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | -2,053.07 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.  Explain here: _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Chad R Black** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Tennille E Black** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Chad R Black** | X **/s/ Tennille E Black** |
|---|---|
| **Chad R Black** | **Tennille E Black** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **June 28, 2017** | Date **June 28, 2017** |

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Chad R Black** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Tennille E Black** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **240 Celebration Blvd. Celebration, FL 34747** | From-To: **6/2015 - 6/2016** | ■ Same as Debtor 1 | ■ Same as Debtor 1 From-To: |
| **526 Greenbrier Avenue Celebration, FL 34747** | From-To: **2/2014 - 6/2015** | ■ Same as Debtor 1 | ■ Same as Debtor 1 From-To: |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Chad R Black**
Debtor 2    **Tennille E Black**                                                     Case number *(if known)*

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $12,420.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 |
|  | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $30,731.42 | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $17,115.35 |
| **For last calendar year:**<br>**(January 1 to December 31, 2016 )** | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $38,575.00 | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $17,500.00 |
|  | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $7,056.45 | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $1,773.87 |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2015 )** | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $140,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** |  | $0.00 | **Child Support** | $1,764.54 |
| **For last calendar year:**<br>**(January 1 to December 31, 2016 )** |  | $0.00 | **Child Support** | $4,182.00 |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2015 )** |  | $0.00 | **Child Support** | $4,650.88 |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
    ☐ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you

| Debtor 1 | **Chad R Black** |
|---|---|
| Debtor 2 | **Tennille E Black** |

Case number *(if known)* _____

paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Mr. and Mrs. Juan Pena**<br>**16695 Broadwater Ave**<br>**Winter Garden, FL 34787** | **Monthly rent in the amount of $3,500.00** | **$10,500.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other_**Rent**_ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ☐ No
    ■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Lydia Thompson**<br>**8762 Pissa Drive**<br>**Orlando, FL 32810** | **April 10, 2017**<br>**$250.00**<br>**April 17, 2017**<br>**$250.00**<br>**April 24, 2017**<br>**$50.00** | **$550.00** | **$6,900.00** | **Reimbursement of use of credit card** |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**  **Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **Chad R Black**
Debtor 2    **Tennille E Black**

Case number (*if known*)

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **First Lease, Inc., Plaintiff vs. In The Black MD, Inc d/b/a Town Center Family Medical and Chad R. Black<br>2016 CA 000667 RC** | **Replevin** | **Circuit Court of Osceola County<br>2 Courthouse Square #2000<br>Kissimmee, FL 34741** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Final Default Judgment** |
| **Lexin Celebration Commercial, LLC, Plaintiff, vs. Town Center Family Medical, LLC, and Dr. Chad Black and Tennille Black<br>2016-CA-002685 MF** | **Commerical Eviction** | **Circuit Court of Osceola County<br>2 Courthouse Square #2000<br>Kissimmee, FL 34741** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Forcible Detainer** |
| **BFG Corporation vs. In The Black MD, Inc. and Chad R. Black and Bank of America, N.A.<br>16 AR 273** | **Arbitration Contract** | **Nineteenth Judicial Circuit Court<br>18 North County Street<br>Waukegan, IL 60085-4359** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Order entered Citation Dismissed** |
| **Henry Schein, Inc., Plaintiff, vs. Town Center Urgent Care, LLC and Town Center Faily Medicine, LLC d/b/a Town Center Medical<br>2016-CA-2463-CI** | **Contract** | **Circuit Court of Osceola County<br>2 Courthouse Square #2000<br>Kissimmee, FL 34741** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Final Judgment - Writ of Execution** |
| **HEALTH DIAGNOSTIC LABORATORY, INC LIQUIDATION TRUST CH. 11 BANKRUPTCY V. TOWN CENTER FAMILY MED. LLC<br>15-32919** | **Fradulent Payments recieved by Town Center Family Med, LLC** | **Wolcott, Rivers, Gates<br>200 Bendix Road #300<br>Virginia Beach, VA 23452** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**stayed by bankruptcy** |
| **IBIS Capital Group, LLC v  In the Black, MD, Inc. d/b/a Town Center Medical and Chad Black, MD<br>SU-2016-034943** | **Breach of Contract** | **Supreme Court, County of Rockland<br>State of New York<br>1 South Main Street<br>New City, NY 10956** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Banker Healthcare Group, Inc., v.s. In The Black M.D. ; Town Center Family Medical, LLC, and Chad R. Black, and First Freedom Bank<br>2016 EF 1298** | **Civil** | **Supreme Court State of New York<br>Onondaga County, 5th Judicial Circuit<br>505 South State St., Suite 110<br>Syracuse, NY 13202** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**stayed by bankruptcy.** |
| **Bank of America, N.A. v. Town Center Family Medicine, LLC, Chad Black, and First Freedom Bank<br>2016-CA-744** | **Breach of Contract** | **Circuit Court of Osceola County<br>2 Courthouse Square #2000<br>Kissimmee, FL 34741** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Final Judgment** |

| Debtor 1 | Chad R Black |
|---|---|
| Debtor 2 | Tennille E Black |

Case number *(if known)* _____

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **RLC Funding vs Chad R Black and In the Black MD** 2016 32 00913 | **Contract** | **Fayette County Circuit Court** 120 N Limestone #103 Lexington, KY 40507 | ☐ Pending ☐ On appeal ■ Concluded **Judgment** |
| **Saturn Funding, LLC vs. In The Black, MD, Inc., Chad R. Black, and Bank of American, Garnishee** 2016-CA-001684 | **Garnishment** | **Circuit Court of Osceola County** 2 Courthouse Square #2000 Kissimmee, FL 34741 | ☐ Pending ☐ On appeal ■ Concluded **Satisfaction of Judgment of Garnishment** |
| **Saturn Funding, LLC vs. In the Black MD, Inc. and Chad R. Black** 654111-2015 | **Breach of Contract** | **Supreme Court of the State of NY** New York County Courthouse 60 Centre Street New York, NY 10007 | ☐ Pending ☐ On appeal ■ Concluded **Judgment of Confession** |
| **Besse Medical vs. Town Center Family Medicine, LLC dba Town Center Medical** 2016 CC 001460 CL | **Civil** | **Circuit Court of Osceola County** 2 Courthouse Square #2000 Kissimmee, FL 34741 | ☐ Pending ☐ On appeal ■ Concluded **Judgment** |
| **Commons at Clermont Crossings, LLC vs In the Black, Inc. and Chad R Black** 16000366 | **Contract and Indebtedness** | **Lake County Circuit Court** 550 W. Main St.Tavares, FL Tavares, FL 32778 | ☐ Pending ☐ On appeal ■ Concluded **Final Judgment** |
| **Florida Birth Related Neurolgical Injury Compensation Association vs. Chad R. Black** 37 2015 SC 001728 | **Small Claims** | **Leon County Clerk & Comptroller's Office** Attn: Circuit Civil 301 S. Monroe St. #100 Tallahassee, FL 32301 | ☐ Pending ☐ On appeal ■ Concluded **Satisfaction of Judgment** |
| **Capital One Bank USA NA vs Tennille E Black Consumer Credit Counseling, Inc., Garnishee** 11CC023105 | **Garnishment** | **Hillsborough County Circuit Court** 401 N Jefferson St #516, Tampa, FL 33602 | ☐ Pending ☐ On appeal ■ Concluded **Order Dismissing Writ of Garnishment** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

| Debtor 1 | **Chad R Black** | | |
|---|---|---|---|
| Debtor 2 | **Tennille E Black** | Case number *(if known)* | |

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Internal Revenue Service<br>P.O. Box7346<br>Philadelphia, PA 19101-7346** | **Bank account**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **March 2017** | **$1,000.01** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

   ■ No
   ☐ Yes

## Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

   ■ No
   ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

   ■ No
   ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

   ■ No
   ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

| Debtor 1 | **Chad R Black** | |
|---|---|---|
| Debtor 2 | **Tennille E Black** | |
| | | Case number *(if known)* |

**Part 7:**    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

   ■ No
   ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

   ■ No
   ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

   ☐ No
   ■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Dr Eihab H. Tawfik**<br>**7562 West Gulf to Lake Hwy**<br>**Crystal River, FL** | **$50,000.00 refund of money belonging to Town Center Medical for sale of Town Center assets.** | | **March 29, 2017** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

   ■ No
   ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

   ☐ No
   ■ Yes. Fill in the details.

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      

| Debtor 1 | Chad R Black | |
|---|---|---|
| Debtor 2 | Tennille E Black | Case number *(if known)* |

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Bank of America** | **XXXX-8275** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Force closed account 12/22/2016** | **$0.00** |
| **Bank of America** | **XXXX-2580** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Force Closed Acct 03/01/17** | **$0.00** |
| **Bank of America<br>PO Box 25118<br>Tampa, FL 33622-5118** | **XXXX-1456** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | **June 19, 2017** | **$10.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it?<br>Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ☐ No
   ■ Yes. Fill in the details.

| Name of Storage Facility<br>Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it?<br>Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|
| **SecurCare Storage n/k/a Per Mini Storage<br>18286 Apshawa Road<br>Minneola, FL 34715-7939** | **Dr Eihab H. Tawfik, 7562 West Gulf to Lake Hwy, Crystal River, FL Dawn McComb (Office Mgr) 601 Sycamore St., #130, Celebration, FL 34747** | **Medical equipment of Town Center Medical which was sold to Dr. Eihab Tawfik on March 3, 2017, along with patient charts** | ■ No<br>☐ Yes |
| **UHaul<br>14651 Gatorland Dr<br>Orlando, FL 32837-6941** | **Dr Eihab H. Tawfik, 7562 West Gulf to Lake Hwy, Crystal River, FL Dawn McComb (Office Mgr) 601 Sycamore St., #130, Celebration, FL 34747** | **Medical equipment of Town Center Medical  which was sold to Dr. Eihab Tawfik on March 3, 2017, along with patient charts** | ■ No<br>☐ Yes |

| Debtor 1 | **Chad R Black** |
|---|---|
| Debtor 2 | **Tennille E Black** |

Case number *(if known)*

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ **No**
■ **Yes. Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Minor child Sloan**<br>**8537 Geddes Loop**<br>**Orlando, FL 32836** | **Regions Bank** | **Account ending: 9865 Life Green Checking for Students. Debtor 2 on account as child is a minor.** | **$74.12** |

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

■ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

| Debtor 1 | **Chad R Black** |
|---|---|
| Debtor 2 | **Tennille E Black** |

Case number (*if known*)

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **MDLT & Consultants of America, Inc.**<br>**8537 Geddes Loop**<br>**Orlando, FL 32836** | **Medical Consulting**<br><br>**Cordero CPA**<br>**1302 N. Main St.**<br>**Kissimmee, FL  34744**<br>**305-599-4111** | EIN:  **None**<br><br>From-To  **March 13, 2017 to present** |
| **Town Center Family Medicine, LLC**<br>**610 Sycamore Street**<br>**Suite 130**<br>**Kissimmee, FL 34747** | **Family Medical Practice**<br><br>**Cordero CPA**<br>**1302 N. Main St.**<br>**Kissimmee, FL  34744**<br>**305-599-4111** | EIN:  **90-0856965**<br><br>From-To  **06/12/2012 - current** |
| **Town Center Family Medicine II, LLC**<br>**610 Sycamore St.**<br>**Ste. 130**<br>**Kissimmee, FL 34747** | **Family Medical Practice**<br><br>**Cordero CPA**<br>**1302 N. Main St.**<br>**Kissimmee, FL  34744**<br>**305-599-4111** | EIN:  **47-5596511**<br><br>From-To  **11/9/2015 to present** |
| **Town Center Family Medical, LLC**<br>**610 Sycamore St. #130**<br>**Celebration, FL 34747** | **Family Medical Practice**<br><br>**Cordero CPA**<br>**1302 N. Main St.**<br>**Kissimmee, FL  34744**<br>**305-599-4111** | EIN:  **90-0856965**<br><br>From-To  **10/17/2012 - 11/23/16** |
| **In The Black, MD, Inc.**<br>**610 Sycamore St**<br>**Suite 130**<br>**Kissimmee, FL 34747** | **Family Medical  Practice Parent Company**<br><br>**Christopher E Henriquez**<br>**Larry J. Herring, CPA PA**<br>**611 N. Wymore Rd., Ste 100**<br>**Winter Park, FL  32789**<br>**407.647.7777** | EIN:  **27-4463926**<br><br>From-To  **6/27/2012 to 9/23/2016** |
| **Town Center Medical DME, LLC**<br>**610 Sycamore Street**<br>**Suite 130**<br>**Kissimmee, FL 34747** | **Family Medical Practice** | EIN:  **None**<br><br>From-To  **8/28/2015 to 9/23/2016** |
| **Black Cloud Technology, LLC**<br>**610 Sycamore St**<br>**Ste 130**<br>**Celebration, FL 34747** | | EIN:  **None**<br><br>From-To  **11/22/2015 - 9/23/2016** |
| **Perfect Health, LLC**<br>**610 Sycamore Street**<br>**Suite 130**<br>**Kissimmee, FL 34747** | **Medical Practice** | EIN:  **None**<br><br>From-To  **01/09/2014 - 09/23/2016** |

Debtor 1    **Chad R Black**
Debtor 2    **Tennille E Black**                                                        Case number *(if known)*

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **The Black Umbrella**<br>**610 Sycamore Street**<br>**Suite 130**<br>**Kissimmee, FL 34747** | **Medical Corporation (Skilled Nursing Facility)** | EIN:    **46-3894232**<br><br>From-To   **10/07/2013 - 09/23/2016** |
| **Chad Black MD, LLC**<br>**8390 Champions Gate Blvd.**<br>**Suite 108**<br>**Champions Gate, FL 33896-8311** | **Medical Practice** | EIN:    **46-3784241**<br><br>From-To   **09/30/2013 - 09/25/2015** |
| **Town Center Urgent Care LLC**<br>**610 Sycamore St.**<br>**Suite 130**<br>**Celebration, FL 34747** | **Medical Practice** | EIN:    **90-0856998**<br><br>From-To   **06/12/2012 - 09/23/2016** |

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■  **No**
☐  **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Chad R Black**                                          **/s/ Tennille E Black**
**Chad R Black**                                                **Tennille E Black**
**Signature of Debtor 1**                                  **Signature of Debtor 2**

Date    **June 28, 2017**                              Date    **June 28, 2017**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Chad R Black** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | **Tennille E Black** |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Compass Bank**<br><br>Description of property securing debt: **2015 Dodge  Charger SXT 11,485 miles VIN: 2C3CDXHGXFH801202** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **Northwest Federal Credit Un**<br><br>Description of property securing debt: **2015 Dodge Durango RT 14000 miles VIN: 1C4SDHCT4FC770954** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |

### Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | | |
|---|---|---|
| Debtor 1 | **Chad R Black** | |
| Debtor 2 | **Tennille E Black** | Case number *(if known)* _____ |

Lessor's name:     **Mr. and Mrs. Juan Pena**

☐ No

■ Yes

Description of leased Property:     **Lessee of residential property. Lease commenced on June 7, 2016 and expires on June 30, 2018.**

---

**Part 3:**    **Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Chad R Black**
  **Chad R Black**
  Signature of Debtor 1

X **/s/ Tennille E Black**
  **Tennille E Black**
  Signature of Debtor 2

Date    **June 28, 2017**

Date    **June 28, 2017**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Fill in this information to identify your case:**

Debtor 1 __**Chad R Black**__

Debtor 2 __**Tennille E Black**__
(Spouse, if filing)

United States Bankruptcy Court for the: __Middle District of Florida__

Case number _____
(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:**    **Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

     ☐ **Not married**. Fill out Column A, lines 2-11.

     ■ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

     ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

         ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

         ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3**.** | $ _____ | $ _____ |
| 5. **Net income from operating a business, profession, or farm** | | |

5. **Net income from operating a business, profession, or farm**

                                    **Debtor 1**

     Gross receipts (before all deductions)     $ _____

     Ordinary and necessary operating expenses   -$ _____

     Net monthly income from a business, profession, or farm $ _____    **Copy here ->** $ _____           $ _____

6. **Net income from rental and other real property**

                                    **Debtor 1**

     Gross receipts (before all deductions)     $ _____

     Ordinary and necessary operating expenses   -$ _____

     Net monthly income from rental or other real property $ _____    **Copy here ->** $ _____           $ _____

7. **Interest, dividends, and royalties**                                          $ _____           $ _____

Debtor 1    **Chad R Black**
Debtor 2    **Tennille E Black** _____    Case number (*if known*) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation** | $ _____ | $ _____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you _____ $ _____

For your spouse _____ $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.     $ _____     $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

. _____     $ _____     $ _____

_____     $ _____     $ _____

Total amounts from separate pages, if any.    +    $ _____     $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____  +  $ _____  =  $ _____

**Total current monthly income**

---

**Part 2:**    **Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ............. **Copy line 11 here=>**     $ _____

Multiply by 12 (the number of months in a year)    **x 12**

12b. The result is your annual income for this part of the form    12b.    $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    _____

Fill in the number of people in your household.    _____

Fill in the median family income for your state and size of household.    13.    $ _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.  ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

---

**Part 3:**    **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X /s/ Chad R Black** _____     **X /s/ Tennille E Black** _____
**Chad R Black**                                **Tennille E Black**
Signature of Debtor 1                           Signature of Debtor 2

Date **June 28, 2017** _____     Date **June 28, 2017** _____
MM / DD / YYYY                                  MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify your case:</td></tr>
<tr><td>Debtor 1</td><td>Chad R Black</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td>Tennille E Black</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:   Middle District of Florida</td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)     12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1     Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

### Part 2:     Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   　　☐ No.    Go to line 3.

   　　☐ Yes.   Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   　　☐ No.    Complete Form 122A-1. Do not submit this supplement.

   　　☐ Yes.   Check any one of the following categories that applies:

   　　　　☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

   　　　　☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

   　　　　☐ **I am performing a homeland defense activity for at least 90 days.**

   　　　　☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   > If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
   >
   > If your exclusion period ends before your case is closed, you may have to file an amended form later.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Chad R Black** |
| Debtor 2 (Spouse, if filing) | **Tennille E Black** |
| United States Bankruptcy Court for the: | Middle District of Florida |
| Case number (if known) | |

</td><td>

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

</td></tr>
</table>

# Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income                     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:**     **Calculate Your Current Monthly Income**

1.  **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2.  **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3.  **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4.  **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3**.** | $ _____ | $ _____ |

5.  **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm | $ _____ | Copy here -> | $ _____ |

(Column A) $ _____    (Column B) $ _____

6.  **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property | $ _____ | Copy here -> | $ _____ |

(Column A) $ _____    (Column B) $ _____

| 7.  **Interest, dividends, and royalties** | $ _____ | $ _____ |
|---|---|---|

Debtor 1 **Chad R Black**
Debtor 2 **Tennille E Black**
_____

Case number (*if known*) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**8. Unemployment compensation**
Column A: $ _____  Column B: $ _____
Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:
For you ........................................... $ _____
For your spouse ............................ $ _____

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.
Column A: $ _____  Column B: $ _____

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

_____  $ _____  $ _____
_____  $ _____  $ _____
Total amounts from separate pages, if any.  + $ _____  $ _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____ + $ _____ = $ _____

**Total current monthly income**

| **Part 2:** | Determine Whether the Means Test Applies to You |
|---|---|

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ........... Copy line 11 here=>   $ _____

Multiply by 12 (the number of months in a year)   **x 12**

12b. The result is your annual income for this part of the form.   12b.   $ _____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   [_____]

Fill in the number of people in your household.   [_____]

Fill in the median family income for your state and size of household.   13.   $ _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
     Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
     Go to Part 3 and fill out Form 122A-2.

| **Part 3:** | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Chad R Black**
_____
**Chad R Black**
Signature of Debtor 1

X **/s/ Tennille E Black**
_____
**Tennille E Black**
Signature of Debtor 2

Date **June 28, 2017**
MM / DD / YYYY

Date **June 28, 2017**
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Chad R Black** |
| Debtor 2 (Spouse, if filing) | **Tennille E Black** |
| United States Bankruptcy Court for the: | Middle District of Florida |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)                    12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| Part 1 | Identify the Kind of Debts You Have |
|---|---|

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   ☐ No.    Go to line 3.

   ☐ Yes.   Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.    Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   ☐ No.    Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Check any one of the following categories that applies:

   ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

   ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

   ☐ **I am performing a homeland defense activity for at least 90 days.**

   ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   > If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
   >
   > If your exclusion period ends before your case is closed, you may have to file an amended form later.

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

    **You are an individual filing for bankruptcy,** and

    **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

    Chapter 7 - Liquidation

    Chapter 11 - Reorganization

    Chapter 12 - Voluntary repayment plan for family farmers or fishermen

    Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

    most taxes;

    most student loans;

    domestic support and property settlement obligations;

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

**Chapter 12: Repayment plan for family farmers or fishermen**

|   | $200 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

**Chapter 13: Repayment plan for individuals with regular income**

|   | $235 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

  domestic support obligations,

  most student loans,

  certain taxes,

  debts for fraud or theft,

  debts for fraud or defalcation while acting in a fiduciary capacity,

  most criminal fines and restitution obligations,

  certain debts that are not listed in your bankruptcy papers,

  certain debts for acts that caused death or personal injury, and

  certain long-term secured debts.

---

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

# United States Bankruptcy Court
## Middle District of Florida

In re   **Chad R Black**
       **Tennille E Black**

Case No. _____

Debtor(s)       Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **June 28, 2017**          **/s/ Chad R Black**
                                        **Chad R Black**
                                        Signature of Debtor

Date:  **June 28, 2017**          **/s/ Tennille E Black**
                                          **Tennille E Black**
                                        Signature of Debtor

Chad R Black
8537 Geddes Loop
Orlando, FL 32836

Alison Verges Walters, Esq.
Kelley Kronenberg
1511 N. Westshore Blvd.
Auite 400
Tampa, FL 33607

Axis Capital/Amure Equip Fin
308 N. Locust St.
#100
Grand Island, NE 68801

Tennille E Black
8537 Geddes Loop
Orlando, FL 32836

AmeriCorp Financial, LLC
877 S. Adams Rd.
Birmingham, MI 48009

Bally's Fitness/Collections
8700 W. BRYN MAWR AVE
Chicago, IL 60631

Michael Anthony Nardella
Nardella & Nardella, PLLC
250 East Colonial Drive
Suite 102
Orlando, FL 32801

Anda Inc.
2915 Weston Rd.
Weston, FL 33331

Banc of California
18500 Von Karman Ave.
#1100
Irvine, CA 92612

Town Center Urgent Care, LL
610 Sycamore St.
Suite 130
Celebration, FL 34747

AnswerNet, Inc.
1729 W Tilghman St
Ste 2
Allentown, PA 18104

Bank of America, N.A.
100 N. Tryon St.
Charlotte, NC 28255

A.F. Hauser, Inc.
4401 East U.S. Highway 30
Valparaiso, IN 46383-9573

Ashen I Faulkner
217 N. Jefferson
Suite 601
Chicago, IL 60661

Bankers Healthcare Group, LL
10234 W. State Rd. 84
Davie, FL 33324

A.R.M. Solutions, Inc.
Stericylce, Inc.
P.O. Box 6582
Carol Stream, IL 60197

Associated Credit Services Inc
P.O. Box 5171
Westborough, MA 01581-5171

Barbara R. Black
467 Venetian Villa Dr.
New Smyrna Beach, FL 32169

AEON Clinical Laboratories
2225 Centennial Dr.
Gainesville, GA 30504

Atlus Global Trade Solutions
2400 Veterans Memorial Blvd.
#300
Kenner, LA 70062

BB&T
200 W. 2nd St.
Winston Salem, NC 27101

Aes/goal Financial
PO Box 61047
Harrisburg, PA 17106

Atlus GTS, Inc.
2400 Vererans Memorial Blvd.
Ste 300
Kenner, LA 70062

Besse Medical
9075 Centre Pointe Dr.
#140
West Chester Township, OH 45069

AJ Medical Management, Inc.
1960 N John Young Pkwy
Kissimmee, FL 34741

Avant Credit, Inc
640 N La Salle St
Suite 535
Chicago, IL 60654

Best Buy/Chase Bank
Card Member Services
PO Box 94014
PALATINE, IL 60094-4014

BFG Corporation d/b/a Byline
2801 Lakeside Drive
Suite 212
Bannockburn, IL 60015

Collection Bureau Ft Walt
PO Box 4127
Fort Walton Beach, FL 32547

Evoke Neuroscience
11 West 25 th St
10th Floor
New York, NY 10010

Bryn Mawr Equipment Finance
P.O. Box 692
Bryn Mawr, PA 19010

Comenity Bank/Victoria Sec
PO Box 182273
Columbus, OH 43218-2273

First Lease, Inc.
P.O. Box 57309
Philadelphia, PA 19111

Bush Ross, P.A.
PO Box 3913
Tampa, FL 33601-3913

Commons at Clermont Crossing
c/o Liberty Universal Mgmt
314 E. Anderson St
Orlando, FL 32801

Florida Birth Related
Neurolgical Injury Comp Assc
PO Box 14567
Tallahassee, FL 32317-4567

Capital One
PO Box 30285
Salt Lake City, UT 84130

Compass Bank
15 20th St S Fl 9
Birmingham, AL 35233

Florida Department of Revenu
Collection Agency Solutions
5050 W. Tennessee St.
Tallahassee, FL 32399

Capital One Bank USA NA
1680 Capital One Dr.
Mc Lean, VA 22102

DAVID SCOTT/ JSD
6600 N. MILITARY TRAIL
MAIL CODE 4S415K
BOCA RATON, FL, FL 33496

Florida Dept of Revenue
Collection Agency Section
5050 W. Tennesse St.
Tallahassee, FL 32399

Chase Weiss & Kehoe
190 Moore Street
Ste 203
Hackensack, NJ, NJ 07601

Delta Managment Group
2499 Rice St.
Suite 245
St. Paul, MN 55113

Frank J. Borgese, Esq.
Graham & Borgese, LLP
336 Harris Hill Rd
First Floor
Williamsville, NY 14221

Chet Moody PA
37 N. Orange Ave #500
Orlando, FL 32801

Dex Media
5109 W. Lemon St.
Tamoa, FL 33609

Great American Finance
625 1ST ST S.E.
#800
CEDAR RAPID, IA 52401

Christopher J. Cali, Edq.
201 Solar St.
Syracuse, NY 13204

Dr. Scott Hannum, DO
720 W Oak St.
Ste 314
Kissimmee, FL 34741

Green Way Health
1 Metroplex Dr.
Suite 500
Birmingham, AL 35209

CIT Vendor Finance
10201 Centurion Pkwy
#100
Jacksonville, FL 32256

ERC/Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256

Greenberg, Grant & Richards
5858 Westheimer Rd.
Suite 500
Houston, TX 77057

Health Central Hospital
1414 Kuhl Avve.
Orlando, FL 32836

Health Diagnostic Laboratory
c/o Wolcott Rivers Gates
Attn Cullen Speckhart
200 Bendix Rd, Ste 300
Virginia Beach, VA 23450

Health First Tech Inc
777 E. WILLIAM ST.
CARSON CITY, NV 89701

Heidi Hebden, Esq.
225 S. Westmonte Dr.
Suite 1160
Altamonte Springs, FL 32714

Henry Schein, Inc.
135 Duryea Rd
Melville, NY 11747

IBIS Capital Group, LLC
1234 El Camino Real #310
San Diego, CA 92130

In the Black MD, Inc
610 Sycamore St
Suite 130
Kissimmee, FL 34747

In The Black, MD, Inc.
610 Sycamore St.
Suite 130
Kissimmee, FL 34747

Internal Revenue Service
Central Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Israel Weinstein, Esq.
P.O. Box 670988
Flushing, NY 11367

James E. Boyle, CPA, LLC
600 Nadina PL
Celebration, FL 34747

JSD Managment Inc.
1283 College Oark Dr
Dover, DE 19904

Kevin M. Murtha
7531 Office Park Place
Melbourne, FL 32940

Leaf Capital Funding, LLC
2005 Market St
Philadelphia, PA 19103

Legal Shred, Inc.
11806 South Hwy US 41
Gibsonton, FL 33534

Lending Club Corp
71 Stevenson St
Suite 300
San Francisco, CA 94105

Lexin Celebration Commercial
654 Madison Av.
Suite 2205
New York, NY 10065

Lydia Thompson
8762 Pissa Drive
Orlando, FL 32810

McCarthy, Burgess & Wolf
The MB&W Building
26000 Cannon Rd.
Cleveland, OH 44146

McKesson PSS World Medical
4345 SOUTHPOINT BLVD #110
JACKSONVILLE, FL 32216

MediTouch Health Fusion
4075 Sorrento Valley Blv.
San Diego, CA 92121

Medline Industries
10601 South Port Dr.
Orlano, FL 32824

Megan F. Fry, Esq
Clark Partington
P.O. Box 13010
Pensacola, FL 32591-3010

Mercedes Medical
P.O. Box 85001
Orlando, FL 32855

Merck Sharp & Dohme Corp
2000 Galloping Hill Rd
Kenilworth, NJ 07033

Michael A. Alao, Esq.
Hopping Gree & Sams, P.A.
Post Office Box 6526
Tallahassee, FL 32314

MONI/MONTRONIC
MONI FUNDING LP
DEPARTMENT CH 8628
PALATINE, IL 60055-8628

Moore Medical LLC
PO Box 99718
Chicago, IL 60696

PSI Prestige Services, Inc.
Collection Dept
21214 Schofield Dr.
Gretna, NE 68028

Sears Dept Store
P.O. Box 9001055
Louisville, KY 40290

Mr. and Mrs. Juan Pena
16695 Broadwater Ave
Winter Garden, FL 34787

Quarterspot, Inc.
333 7th Avenue
Suite 1402
New York, NY 10001

Sears Mastercard
P.O. Box 9001055
Louisville, KY 40290

Nextiva
8800 E. Chaparrel Rd.
#300
Scottsdale, AZ 85250

RBC Royal Bank
821 Bloomingdale Ave.
Brandon, FL 33511

Shirey Krieger
Dex Imaging Collections
5109 W. LEMON ST.
TAMPA, FL 33609

Northwest Federal Credit Un
200 Springs St
Herndon, VA 20170

Regional Adjustment Bureau
7130 Goodlett Farms Pkwy
#103
PO Box 34
Memphis, TN 38184

Smart City
3100 Bonnet Creek Rd
Lake Nuena Vista, FL 32830

Office Depot Business Manag
6600 N. Military Tr
Boca Raton, FL 33496

Richard Arrowsmith, Trustee
Cullen D. Speckhart, Esq.
Wolcott, Rivers, Gates
919 E. Main Street, Ste 1040
Richmond, VA 23219

Sofi Lending Corp
375 Healdsburg Ave Ste 280
Healdsburg, CA 95448

Onemain Financial/Citifinancial
6801 Colwell Blvd
Ntsb-2320
Irving, TX 75039

RLC Funding
111 Executive Center Dr.
#102
Columbia, SC 29210

Sofi Lending Corp
Zenker & Assoc, PC
80 Minuteman Rd
Andover, MA 01810

Pell Grant / Life University
U.S. Dept of Education
400 Maryland Ave., S.W.
Washington, DC 20202

Rooms to Go/ Synchrony Bank
Synchrony Bank
P.O. BOX 105972
Atlanta, GA 30348-5972

Stearns Bank
4191 2nd St. S.
Saint Cloud, MN 56301

Physicians Practice Solution
P.O. Box 100523
Florence, SC 29502

Sam's Club/ Synchrony Bank
P.O. BOX 105972
Atlanta, GA 30353

Stericycle, Inc.
PO Box 6582
Carol Stream, IL 60197-6582

Preferred Collection & Manag
1000 N Ashley Dr
Ste 600
Tampa, FL 33602

Saturn Funding, LLC
333 7th Avenue Fl 3
New York, NY 10001

Suntrust Bank
CARDMEMBER SERVICES
P.O. Box 85024
Richmond, VA 23285-5024

SynAllergy
5174 McGinnis Ferry Rd
Ste 114
Alpharetta, GA 30005

USAA Savings Bank
PO Box 47504
San Antonio, TX 78265

Syncb/Rooms To Go
PO Box 965064
Orlando, FL 32896

Verathon
P.O. Box 935117
Atlanta, GA 31193

Synchrony Bank/JC Penneys
P.O. BOX 965064
ORLANDO, FL 32896

Vericore/Merry X-Rays
4444 Viewridge AVE.   #A
San Diego, CA 92123

Synchrony Bank/Sams
PO Box 965060
Orlando, FL 32896

Victoria Secrets
P.O. Box 659728
San Antonia, TX 78254

The Noa Law FIrm, PA
P.O. Box 941958
MIami, FL 33194

Walmart Mastercard
P.O. Box 530927
Atlanta, GA 30353

Town Center Family Medical
610 Sycamore St
Suite 130
Kissimmee, FL 34747

William M. Lindeman, P.A.
P.O. Box 3506
Orlando, FL 32802

Town Center Family Medicine
610 Sycamore St
Suite 130
Kissimmee, FL 34747

William M. Stein
Stein & Stein, LLP
PO Box 30
One Railroad Sq
Haverstraw, NY 10927

US Teleradiology, LLC
3520 Peidmont Rd. N.E.
#250
Atlanta, GA 30305

USAA Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re **Chad R Black**
**Tennille E Black**

Case No. _____

_____
Debtor(s)

Chapter __**7**__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................. $ _____**2,500.00**

    Prior to the filing of this statement I have received ................................. $ _____**2,500.00**

    Balance Due ............................................................................................. $ _____**0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June 28, 2017**
_____
*Date*

**/s/ Michael Anthony Nardella**
_____
**Michael Anthony Nardella 51265**
*Signature of Attorney*
**Nardella & Nardella, PLLC**
**250 East Colonial Drive**
**Suite 102**
**Orlando, FL 32801**
**407-966-2680**
**mnardella@nardellalaw.com**
_____
*Name of law firm*

---